MINUTE ENTRY
AFRICK, J.
September 7, 2016
JS-10 00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRENDA PETTIT ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **No. 15-3084** |
| **FREDERICK R. HEEBE ET AL.** | **SECTION I** |

### ORDER AND REASONS

A status conference was held today with counsel participating on behalf of plaintiffs and Aftermarket Marine Parts, Inc. ("Aftermarket"). Consistent with the discussion at the conference,

Based on Aftermarket's concession that it will appear in the litigation, waive service of process, and waive any capacity to be sued defense,[1] **IT IS ORDERED** that Aftermarket's motion[2] to set aside the partial default judgment is **GRANTED** and that the partial default judgment[3] entered against Aftermarket is **VACATED**.

**IT IS FURTHER ORDERED** that plaintiffs shall inform the Court and the parties by **NOON** on **September 8, 2016** as to whether plaintiffs will pursue the failure to warn claims against Aftermarket.

**IT IS FURTHER ORDERED** that Aftermarket's answer is due no later than **September 19, 2016.**

---

[1] The Court expects Aftermarket to get its corporate filings in order immediately.
[2] R. Doc. No. 125.
[3] R. Doc. No. 101.

**IT IS FURTHER ORDERED** that should the parties determine that a revised pretrial schedule is in order, all counsel shall confer and agree to a schedule that completes discovery and the service of expert reports.  The parties shall file their joint proposed schedule with the Court by **NOON** on **September 13, 2016.**  The parties are reminded that the pre-existing trial date, the pre-trial conference date, and the motions deadline will be moved only on a motion supported by a showing of good cause.

New Orleans, Louisiana, September 7, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**